FRANNY A. FORSMAN
Federal Public Defender
State Bar No. 000014
RACHEL M. KORENBLAT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorney for Tiffani K. Jones

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-cr-00423-RLH-PAL |
| Plaintiff, | |
| vs. | ORDER |
| TIFFANI KANDIS JONES, | |
| Defendant. | |

Based on the pending Motion of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that the Motion for Early Termination of Probation., be GRANTED.

DATED : April 12, 2011.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1